# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 22-207V

|  |  |
|---|---|
| LARRY TOOTHMAN,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: January 10, 2025 |

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*Camille Jordan Webster, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION AWARDING DAMAGES[1]

On February 24, 2022, Larry Toothman filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccination administered to him on August 17, 2021. Pet., ECF No. 1. Petitioner further alleges that the vaccine was received in the United States, he suffered sequela of his injury for more than six months, and neither Petitioner nor any other party has ever received compensation in the form of an award or settlement for his vaccine-related injury. *Id.* The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Following the filing of Respondent's amended Rule 4(c) report, on June 12, 2024, a Ruling on Entitlement was issued, finding Petitioner entitled to compensation for his SIRVA. ECF Nos. 29-30.

On January 10, 2025, Respondent filed a Proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $72,500.00 in pain and suffering. Proffer at 2, ECF No. 38. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $72,500.00 in pain and suffering, in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this Decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u><br>
Brian H. Corcoran<br>
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| LARRY TOOTHMAN,<br><br>          Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>          Respondent. | No. 22-207V<br>Chief Special Master Brian H. Corcoran<br>ECF |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On February 24, 2022, Larry Toothman ("petitioner") filed a petition for compensation ("Petition") under the National Childhood Vaccine Injury Act of 1986, as amended (the "Vaccine Act"), 42 U.S.C. §§ 300aa-1 to -34.[1]  Petitioner alleges that he received a seasonal influenza ("flu") vaccine on August 17, 2021, and thereafter suffered from a right shoulder injury related to vaccine administration ("SIRVA").  Petition at 1.

On July 12, 2024, the Secretary of Health and Human Services ("respondent") filed an amended Rule 4(c) Report advising that, in light of Chief Special Master Corcoran's Findings of Fact ruling that the flu vaccine was administered in petitioner's right shoulder, respondent did not dispute that petitioner had satisfied all legal prerequisites for compensation under the

---

[1] Petitioner filed an amended petition on May 15, 2023, with a more detailed recitation of the facts and citations to his medical records.  ECF No. 16.  The amended petition did not alter petitioner's claim.

Vaccine Act.  ECF No. 29.  On June 13, 2024, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation.[2]  ECF No. 30.

### I.     Items of Compensation

Respondent proffers that petitioner should be awarded $72,500.00 in pain and suffering. The amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

### II.    Form of the Award

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[3]:  a lump sum payment of **$72,500.00**, in the form of a check payable to petitioner.

### III.   Summary of Recommended Payment Following Judgment

Lump sum payable to petitioner, Larry Toothman:   **$72,500.00**

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

---

[2] Respondent has no objection to the amount of the proffered award of damages set forth herein. Assuming the Chief Special Master issues a damages decision in conformity with this proffer, respondent waives his right to seek review of such damages decision.  However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(e), to seek review of the Chief Special Master's June 13, 2024 Ruling on Entitlement.

[3] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future, unreimbursed expenses, future lost earnings and future pain and suffering.

2

          HEATHER L. PEARLMAN
          Deputy Director
          Torts Branch, Civil Division

          TRACI R. PATTON
          Assistant Director
          Torts Branch, Civil Division

          <u>/s/CAMILLE J. WEBSTER</u>
          CAMILLE J. WEBSTER
          Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 146
          Ben Franklin Station Washington, D.C. 20044-0146
          Direct dial: (202) 307-3241
          Email: Camille.Webster@usdoj.gov

Dated:  January 10, 2025